377 A.2d 1268

**COMMONWEALTH of Pennsylvania**

v.

**James Wesley MILLER, Appellant.**

Supreme Court of Pennsylvania.

Argued and Submitted May 23, 1977.

Decided Oct. 7, 1977.

Bruce D. Foreman, Harrisburg, for appellant.

LeRoy S. Zimmerman, Dist. Atty., Marion E. MacIntyre, Second Asst. Dist. Atty., Harrisburg, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and PACKEL, JJ.

OPINION

PER CURIAM.

Order affirmed.